Taylor L. Benninger
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 6:19-MJ-0032-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CHANGE DATE OF STATUS CONFERENCE; AND ORDER THEREON |
| REYNOLD GARZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Taylor Benninger, legal intern for the National Park Service, and Defendant Reynold Garza, by and through his attorney of record, Jenny Tumas, that the status conference in the above-captioned matter set for June 26, 2019 be moved to June 25, 2019 at 10:00 a.m. The government representative has a scheduling conflict on the current date. Defense counsel is in agreement with this request.

Dated: June 24, 2019

*/S/ Taylor L. Benninger*
Taylor L. Benninger
Legal Intern
Yosemite National Park

Dated: June 24, 2019

*/S/ Jenny Tumas*
Jenny Tumas
Certified Legal Intern
Federal Defender's Office
Attorney for Defendant
Reynold Garza

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 26, 2019, status conference for Reynold Garza, *6:19-mj-0032-JDP*, is moved to June 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE