HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
REYNOLD A. GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00032-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER** |
| vs. | |
| REYNOLD A. GARZA, | |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Reynold A. Garza, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for May 19, 2020.

On June 25, 2019, Honorable Jeremy D. Peterson sentenced Mr. Garza to pay a fine and special assessments totaling $1,200.00 and complete the First-Time DMV course.  Mr. Garza is in substantial compliance with all terms of probation in spite of COVID-19 restrictions, and is scheduled to finish his remaining DUI classes next month.  He has paid his fine and special assessment fee.  The undersigned defense counsel respectfully moves the court to vacate the review hearing.  The government does not object.

//

//

|    |                       |                                                                 |
|----|-----------------------|-----------------------------------------------------------------|
| 1  |                       | Respectfully submitted,                                         |
| 2  |                       |                                                                 |
| 3  |                       | McGREGOR W. SCOTT<br>United States Attorney                     |
| 4  | Dated: May 13, 2020   | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT                    |
| 5  |                       | Acting Legal Officer<br>National Park Service                   |
| 6  |                       | Yosemite National Park                                          |
| 7  |                       |                                                                 |
| 8  |                       | HEATHER E. WILLIAMS<br>Federal Defender                         |
| 9  |                       |                                                                 |
| 10 | Dated: May 13, 2020   | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON                  |
| 11 |                       | Assistant Federal Defender<br>Attorney for Defendant            |
| 12 |                       | REYNOLD A. GARZA                                                |

ORDER

Based on the parties' joint representation that Mr. Garza is in compliance with the conditions of his probation, the court vacates the review hearing scheduled for May 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 14, 2020                             _____
                                                  UNITED STATES MAGISTRATE JUDGE